3/18/20

To Whom It May Concern,

My name is Derrell Mills, D.O.B 1/17/197
and I am request a copy of my transcript
+ docket information. Can you please mail
it to  Derrell Mills
        FCI Schuylkill
        P.o. Box 759
        Minersville, PA 17954

                    Thank you,
                    Derrell Mills